IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOHN ZAPATA, an individual and as assignee,** | ) ) ) | **CASE NO. 4:07CV3179** |
| **Plaintiff,** | ) ) | |
| v. | ) ) ) | **JUDGMENT** |
| **BOLDT COMPANY, et. al.,** | ) ) | |
| **Defendants.** | ) | |

Pursuant to the court's Memorandum and Order filed this date, granting the motion to dismiss filed by Defendants Randall Haak and McCarty Law,

Judgment of dismissal without prejudice is hereby entered in favor of Defendants Randall Haak and McCarty Law.

DATED this 11th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge