# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN ZAPATA, an individual and as assignee, | CASE NO. 4:07CV3179 |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| BOLDT COMPANY, et. al. | |
| Defendants. | |

The plaintiff has filed a notice of dismissal of his "case against all the defendants without prejudice." Filing No. 37. Defendants' counsel has advised the court that the defendants do not object to dismissal of this case.

IT IS ORDERED:

1. Pursuant to the plaintiff's unopposed notice of dismissal, (filing no. 37), this case is dismissed without prejudice; and

2. Judgment will be entered in accordance with this Memorandum and Order.

DATED this 22nd day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge